

# Fourth Court of Appeals
## San Antonio, Texas

June 30, 2014

No. 04-14-00057-CV

**CITY OF SAN ANTONIO**,
Appellant

v.

**ALAMO AIRCRAFT SUPPLY, INC**., Alamo Aircraft, Ltd., Wulfe Rentals, Ltd., and Lobo
GC, Ltd.,
Appellees

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-08223
Honorable Larry Noll, Judge Presiding

# O R D E R

Sitting:      Catherine Stone, Chief Justice
                Marialyn Barnard, Justice
                Patricia O. Alvarez, Justice

This cause was set for formal submission by oral argument before this court on July 8, 2014. On June 20, 2014, Appellees moved this court to reschedule oral argument.

Appellees' unopposed motion is GRANTED. We WITHDRAW the previously set submission date of July 8, 2014. We set this appeal for formal submission by oral argument before a panel consisting of Chief Justice Stone, Justice Barnard, and Justice Alvarez on Thursday, July 24, 2014, at 10:00 am.

Appellant's opening argument is limited to twenty minutes, Appellees will have twenty minutes to argue, and Appellant will have ten minutes for rebuttal. TEX. R. APP. P. 39.3; 4TH TEX. APP. (SAN ANTONIO) LOC. R. 9.2. If you do not wish to present oral argument, you must notify this court in writing within SEVEN DAYS of the date of this notice.

It is so ORDERED on this 30th day of June, 2014

Attested to: _____

Keith E. Hottle
Clerk of Court

**PER CURIAM**